**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| GROOP INTERNET PLATFORM INC., d/b/a TALKSPACE,<br><br>    *Plaintiff*,<br><br>    v.<br><br>PSYCHOTHERAPY ACTION NETWORK,<br><br>NANCY BURKE,<br><br>LINDA MICHAELS,<br><br>and<br><br>JANICE MUHR,<br><br>    *Defendants*. | Civil Action No. 1:19-cv-01854-BAH |

**DEFENDANTS PSYCHOTHERAPY ACTION NETWORK,**
**NANCY BURKE, AND LINDA MICHAELS'**
**ERRATA TO DECLARATION OF NANCY BURKE**

Defendants Psychotherapy Action Network, Nancy Burke, and Linda Michaels, respectfully file this Errata pertaining to the Declaration of Nancy Burke, Document Number 13, Attachment # 1, filed August 23, 2019.  Due to an unknown computer error, the Declaration of Nancy Burke is not displaying correctly on the Electronic Case Filing system.  That document is now attached.

Dated: August 26, 2019

Respectfully submitted,

/s/ Stanton Jones
Stanton Jones (D.C. Bar #: 987088)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, NW
Washington, DC 20001-3743
Tel: 202-942-5563
Stanton.Jones@arnoldporter.com

Dori Ann Hanswirth
*(pro hac vice pending)*
Theresa M. House
*(pro hac vice pending)*
Jesse M. Feitel
*(pro hac vice pending)*
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019
Tel: 212-836-8000
Dori.Hanswirth@arnoldporter.com
Theresa.House@arnoldporter.com
Jesse.Feitel@arnoldporter.com

*Attorneys for Defendants Psychotherapy Action*
*Network, Nancy Burke, and Linda Michaels*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 26, 2019, a true and correct copy of the foregoing Errata and accompanying papers were filed using the Court's CM/ECF system, which will serve all counsel of record.

**/s/ Stanton Jones**
Stanton Jones
*Attorney for Defendants
Psychotherapy Action
Network, Nancy Burke,
and Linda Michaels*
