# Exhibit A

## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| GROOP INTERNET PLATFORM INC., d/b/a TALKSPACE<br><br>*Plaintiff*,<br><br>v.<br><br>PSYCHOTHERAPY ACTION NETWORK,<br><br>NANCY BURKE,<br><br>LINDA MICHAELS,<br><br>and<br><br>JANICE MUHR<br><br>*Defendants*. | Civil Action No. 1:19-cv-01854-BAH |

## DECLARATION OF NANCY BURKE
### IN SUPPORT OF DEFENDANTS PSYCHOTHERAPY ACTION NETWORK, NANCY BURKE, AND LINDA MICHAELS' MOTION TO DISMISS THE COMPLAINT

My name is Nancy Burke. I am over the age of majority and I make this declaration based on facts known personally to me.

1. I reside in Evanston, Illinois.

2. I have a Ph.D. in Psychology and I work in private practice in Chicago, Illinois. I teach at the Chicago Center for Psychoanalysis, of which I am the immediate past president. I am an Associate Clinical Professor at the Feinberg School of Medicine of Northwestern University.

3. I serve as Co-Chair of the Psychotherapy Action Network ("PsiAN") along with Linda Michaels and Janice Muhr. I volunteer my time and effort and do not take any income from PsiAN.

1

4. PsiAN is a nonprofit corporation headquartered in Chicago, Illinois. PsiAN is a global community of mental health professionals and stakeholders dedicated to promoting psychotherapies of depth, insight and relationship. Its mission is to share ideas, formulate initiatives, and organize actions to advocate collectively for psychological policy that helps those who suffer and makes sense. It fulfills its mission by communicating with its individual and organizational members, who are concentrated in Illinois, New York, and California. PsiAN communicates with its members by emailing announcements, descriptions of recent activities, and position papers to its list of members. These communications are written and sent out via PsiAN's email distribution list from Illinois. I estimate that only a small number of PsiAN's individual members reside in Washington, D.C.

5. Membership in PsiAN is entirely free, and PsiAN's operations are sustained through donations and the hard work of dedicated volunteers.

6. PsiAN has no offices, officers, directors or employees within the District of Columbia, and it does not transact any business in the District of Columbia. PsiAN does not own, lease, or rent any real property within the District of Columbia.

7. I do not regularly travel to the District of Columbia for work or any other reason. I attended an academic conference in the District of Columbia approximately 15-20 years ago. I attended a wedding there 17 years ago. I have also traveled to the District of Columbia twice in recent years for personal trips, including to take care of a friend who was recovering from an accident. I have never conducted any business during those personal trips, and my time spent in the District of Columbia on personal trips had nothing to do

2

with my advocacy work for PsiAN or in general my work as psychotherapist. I have no real property interests, do no work, nor transact any business in the District of Columbia.

8. On July 9, 2018, I, along with Dr. Michaels and Dr. Muhr, drafted and prepared a letter to James Boston and Amelia Dodson, Advertising Sales Managers for the American Psychological Association ("APA") concerning Talkspace's platform and services ("July 2018 APA Letter"). We prepared the July 2018 APA Letter while in Illinois and the letter was emailed from Illinois. The July 2018 APA Letter is attached hereto as Exhibit A. We also forwarded the July 2018 APA Letter to other officers in the APA, including Arthur Evans, Jr., PhD, the APA's Chief Executive Officer and President, as well as the APA's Chief Operating Officer and Chief Financial Officer.

9. On July 9, 2018, I, along with Dr. Michaels and Dr. Muhr, prepared a letter to the email address mp-media@aquasphereswim.com, which we believed to be an email address located outside of the District of Columbia associated with Michael Phelps, concerning Talkspace's platform and services ("July 2018 Phelps Letter"). We prepared the July 2018 Phelps Letter while in Illinois and the letter was emailed from Illinois. The July 2018 Phelps Letter is attached hereto as Exhibit B.

10. On July 9, 2018, I, along with Dr. Michaels and Dr. Muhr, emailed the July 2018 Phelps Letter to the APA's Division 39 listserv ("Forum"), which is an internet forum for persons interested in psychoanalytic theory, practice and research to engage in online conversations about those topics. One does not have to be a member of the APA to post a communication to the Division 39 Forum. However, an individual is required to be a Division Member of the Division 39 Forum to post communications to the Division 39 Forum. Persons from anywhere, not just the District of Columbia, can subscribe to Division 39 Forum

3

communications. I do not know whether or not any persons residing in the District of Columbia subscribe to the Division 39 Forum, although I believe that several likely do. We drafted and sent the July 9, 2018 email to the APA's Division 39 Forum while in Illinois.

11. On July 23, 2018, Jodi Ashcraft (Director, Advertising & Exhibit Sales at APA) sent a letter to me, Dr. Michaels, Dr. Muhr, and PsiAN, in response to the July 2018 APA Letter, advising us that the APA had investigated the matter after receiving our expressions of concern and decided to cancel Talkspace advertising and exhibit space going forward in APA publications and at the APA Convention. That letter is attached hereto as Exhibit C.

12. On June 4, 2019, I, along with Dr. Michaels and Dr. Muhr, prepared a letter to Dr. Evans concerning Talkspace's platform and services ("June 2019 APA Letter"). We prepared the June 2019 APA Letter while in Illinois and the letter was emailed from Illinois. The June 2019 APA Letter is attached hereto as Exhibit D.

13. On the same day, Talkspace's counsel sent a letter to former counsel for PsiAN, Dr. Michaels, Dr. Muhr, and myself making reference to New York law and threatening to sue us. The June 4, 2019 letter from Talkspace's counsel is attached hereto as Exhibit E.

14. Attached as Exhibit F is a true and correct copy of Talkspace's Terms of Use, *available at* https://www.talkspace.com/public/terms.

15. Attached as Exhibit G is a true and correct copy of Talkspace's Privacy Policy, *available at* https://www.talkspace.com/public/privacy-policy.

4

I declare under penalty of perjury that the foregoing statement is true and accurate to the best of my knowledge and that this declaration was executed in Illinois.

Date: August 23, 2019
      Evanston, IL

Nancy Burke

5